ACCEPTED
12-14-00155-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
5/1/2015 1:12:20 PM
CATHY LUSK
CLERK

NO. 12-14-00155-CV

# In the Twelfth District Court of Appeals at Tyler

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
5/1/2015 1:12:20 PM
CATHY S. LUSK
Clerk

BRENDA BREWER, DEANNA MEADOR, PENNY ADAMS,
and SABRA CURRY,

Appellants

v.

LOWE'S HOME CENTERS, INC.,

Appellee

---

**CERTIFICATE OF CONFERENCE FOR
UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE APPELLEE'S BRIEF**

---

Appellee Lowe's Home Centers, Inc. files this Certificate of Conference supporting its Unopposed Motion for Extension of Time to File Appellee's Brief.

**I.**
**CERTIFICATE OF CONFERENCE**

The undersigned counsel certifies that she contacted counsel for Appellants Brenda Brewer, Deanna Meador, Penny Adams and Sabra Curry, who indicated that Lowe's Home Center, Inc.'s Motion for Extension of time to File Appellee's Brief is unopposed.

1

Respectfully submitted,


/s/ Sheri L. Caldwell
**Holly H. Williamson**
State Bar No. 21520100
**Sheri L. Caldwell**
State Bar No. 24038798
HUNTON & WILLIAMS LLP
1445 Ross Avenue, Suite 3700
Dallas, Texas 75202
(214) 979-3000 (Telephone)
(214) 880-0011 (Facsimile)
hwilliamson@hunton.com
scaldwell@hunton.com

ATTORNEYS FOR APPELLEE
LOWE'S HOME CENTERS, INC.


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been sent to the

following counsel of record by email, on this the 1st day of May, 2015:

Matthew R. Pearson
Brendan K. McBride
Gravely & Pearson, LLP
425 Soledad, Suite 600
San Antonio, Texas 78205
mpearson@gplawfirm.com
brendan.mcbride@att.net


/s/ Sheri L. Caldwell
Sheri L. Caldwell

2